**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
ron@consumersadvocates.com
MICHAEL T. HOUCHIN (SBN 305541)
mike@consumersadvocates.com
651 Arroyo Drive
San Diego, CA  92103
Tel: (619) 696-9006
Fax: (619) 564-6665
*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE JEAN JOHNSON, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>TROPICANA MANUFACTURING COMPANY, INC. a Delaware corporation; PEPSICO., INC., a North Carolina corporation,<br><br>Defendants. | Case No: 3:19-cv-01164-GPC-KSC<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

*Johnson v. Tropicana Manufacturing Company, Inc.,* No. 3:19-cv-01164-GPC-KSC
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Susie Jean Johnson hereby dismisses her individual claims in this action without prejudice.

DATED: June 28, 2019                                  Respectfully Submitted,

*/s/ Ronald A. Marron*
Ronald A. Marron

**LAW OFFICES OF RONALD A. MARRON**
Ronald A. Marron
*ron@consumersadvocates.com*
Michael T. Houchin
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Fax: (619) 564-6665
**Counsel for Plaintiff and the Proposed Class**

- 2 -

*Johnson v. Tropicana Manufacturing Company, Inc.*, No. 3:19-cv-01164-GPC-KSC
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE